## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rodgers, Rodney | Case Number:  07 B 01820 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  2/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  December 13, 2007
Confirmed:  April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 527.30 | |
| Secured: | | 499.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 28.00 |
| Other Funds: | | 0.00 |
| Totals: | 527.30 | 527.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 300.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,424.00 | 0.00 |
| 3. | American Home Mtg Servicing | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 4,567.60 | 212.00 |
| 5. | American Home Mtg Servicing | Secured | 6,311.49 | 287.30 |
| 6. | Asset Acceptance | Unsecured | 742.46 | 0.00 |
| 7. | Dish Network | Unsecured | 1,040.04 | 0.00 |
| 8. | Nicor Gas | Unsecured | 806.03 | 0.00 |
| 9. | ER Solutions | Unsecured | 111.85 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 1,740.86 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 773.00 | 0.00 |
| 12. | Nuvell Credit Company LLC | Unsecured | 1,279.48 | 0.00 |
| 13. | Armor Systems Co | Unsecured | | No Claim Filed |
| 14. | Professional Placement Services | Unsecured | | No Claim Filed |
| 15. | Debt Credit Service | Unsecured | | No Claim Filed |
| 16. | Armor Systems Co | Unsecured | | No Claim Filed |
| 17. | RMI/MCSI | Unsecured | | No Claim Filed |
| 18. | RMI/MCSI | Unsecured | | No Claim Filed |
| 19. | US Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,096.81 | $ 499.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 3.78 |
| 5.4% | 24.22 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rodgers, Rodney

Printed:  1/29/08

Case Number:  07 B 01820

Judge:  Wedoff, Eugene R

Filed:  2/2/07

_____
$ 28.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

